FILED 19 MAY '22 16:36 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00193-HZ |
| v. | INDICTMENT |
| JUAN LUIS OSUNA HERNANDEZ, RAQUEL MARIA ELENA CORTEZ CANCHOLA, GUILLERMO ALEXIS HUERTA LOPEZ, JOSE SAUL ARAMBURO-AGUILAR, and DANIEL ISAAC LEON-LERMA, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846<br>18 U.S.C. § 2<br>Forfeiture Allegation |
| Defendants. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

On or about and between November 9, 2021 and May 16, 2022, within the District of Oregon and elsewhere, defendants **JUAN LUIS OSUNA HERNANDEZ, RAQUEL MARIA ELENA CORTEZ CANCHOLA, GUILLERMO ALEXIS HUERTA LOPEZ, JOSE SAUL ARAMBURO-AGUILAR,** and **DANIEL ISAAC LEON-LERMA** did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute:

A. 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance; and,

B. 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(viii), and 846.

## COUNT 2
### (Distribution of Methamphetamine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about November 9, 2021, within the District of Oregon, defendant **JUAN LUIS OSUNA HERNANDEZ** did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3
### (Distribution of Methamphetamine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about January 20, 2022, within the District of Oregon, defendants **JUAN LUIS OSUNA HERNANDEZ** and **RAQUEL MARIA ELENA CORTEZ CANCHOLA** did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 4
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(B))

On or about April 4, 2022, within the District of Oregon, defendants **JUAN LUIS OSUNA HERNANDEZ** and **GUILLERMO ALEXIS HUERTA LOPEZ** did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi) and Title 18, United States Code, Section 2.

## COUNT 5
### (Possession with the Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about May 16, 2022, within the District of Oregon, defendants **JUAN LUIS OSUNA HERNANDEZ, JOSE SAUL ARAMBURO-AGUILAR,** and **DANIEL ISAAC LEON-LERMA** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 6
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about May 16, 2022, within the District of Oregon, defendants **JUAN LUIS OSUNA HERNANDEZ, JOSE SAUL ARAMBURO-AGUILAR,** and **DANIEL ISAAC**

LEON-LERMA did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

Upon conviction of an offense in Counts 1, 2, 3, 4, 5 and/or 6, defendants **JUAN LUIS OSUNA HERNANDEZ, RAQUEL MARIA ELENA CORTEZ CANCHOLA, GUILLERMO ALEXIS HUERTA LOPEZ, JOSE SAUL ARAMBURO-AGUILAR,** and **DANIEL ISAAC LEON-LERMA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 19, 2022.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

_____
SCOTT M. KERIN OSB #965128
Assistant United States Attorney